UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Kelli C. Ramsey,

                Defendant.

---

7:17-MJ-8011(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on October 27, 2017. The Court thereafter accepted the defendant's plea of guilty in full satisfaction to a reduced charge of Unlicensed Operation of a Vehicle, in violation of § 509.a of the New York Vehicle and Traffic Law as assimilated under Federal Statute.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $50.00 by December 27, 2017 or appear before this court on December 28, 2017.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge